# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
                                                              *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
|  | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐    Electronic service          ☐    First class mail, postage prepaid

☐    Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                              Date: _____
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                               *Deputy Clerk*                        *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME | TOTAL AMOUNT |
|---|---|---|---|
| 200-0294<br>R HERNANDEZ<br>DCHD201-44 RO | PROCESS SERVING: KOHL'S FULFILLMENT CENTER HAS BEEN SUCCESSFULLY SERVED.<br>AT: 2019 N. INTERSTATE 35 E SERVICE RD DESOTO, TX 75115 BY SERVER RODNEY THOMAS BR<br>RUSH SERVING = $ 129.50 • HAND-FILE PROOF OF SERVICE = $ 10.00 | E WARD<br>11:16 AM<br>07/20/18 | $ 139.50 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 566891 | | | | | |

Have a question about this invoice? Send your questions to Billing@SpecialDelivery.com
Also, let us know if you'd like your invoices emailed. Thank you! We Appreciate Your Business.

SPECIAL DELIVERY SERVICE, INC. • 5470 L.B.J. FREEWAY • DALLAS, TX 75240 • (214) 866-3200 • FEDERAL ID NO. 75-2811091

SPECIAL DELIVERY © 2006

| TRACKING # CALLER REFERENCE | DELIVERY INFORMATION | RECEIVED BY TIME DATE | TOTAL AMOUNT |
|---|---|---|---|
| 207-0258 R HERNANDEZ COLLIER | PROCESS SERVING: PASTORAL COUNSELING CENTER HAS BEEN SUCCESSFULLY SERVED.<br>AT: 4525 LEMMON AVE, # 200 DALLAS, TX 75219 BY SERVER TRACY EDWARDS<br>RUSH SERVING = $ 129.50 • HAND-FILE PROOF OF SERVICE = $ 10.00 | A P<br>1:40 PM<br>07/26/18 | $ 139.50 |
| 200-0296 R HERNANDEZ DCHD201-44 RO | PROCESS SERVING: KENTUCKY FRIED CHICKEN   HAS BEEN SUCCESSFULLY SERVED.<br>AT: 1800 S. WASHINGTON ST KAUFMAN, TX 75142<br>NATIONWIDE RUSH SERVING = $ 195.00 • HAND-FILE PROOF OF SERVICE = $ 10.00<br>PRINT DOCUMENTS (13 Pages) = $ 9.75 | R STRADFORD<br>3:00 PM<br>07/19/18 | $ 214.75 |
| 200-0299 R HERNANDEZ DCHD201-44 RO | PROCESS SERVING: WHATABURGER   HAS BEEN SUCCESSFULLY SERVED.<br>AT: 148 FM 148 TERRELL, TX 75160<br>NATIONWIDE RUSH SERVING = $ 195.00 • HAND-FILE PROOF OF SERVICE = $ 10.00<br>MILEAGE (50 Miles) = $ 10.00 • PRINT DOCUMENTS (13 Pages) = $ 9.75 | D MCGRADY<br>3:45 PM<br>07/19/18 | $ 224.75 |

| PAGE | INVOICE NUMBER | INVOICE AMOUNT | ACCOUNT BALANCE | CHECK NO. | DATE PAID | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 1 | 567415 | | | | | |

Have a question about this invoice? Send your questions to Billing@SpecialDelivery.com
Also, let us know if you'd like your invoices emailed.  Thank you!  We Appreciate Your Business.

SPECIAL DELIVERY SERVICE, INC.  •  5470 L.B.J. FREEWAY  •  DALLAS, TX 75240  •  (214) 866-3200  •  FEDERAL ID NO. 75-2811091

SPECIAL DELIVERY © 2006

**Veritext, LLC**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| Bill To: | Stacey Cho Hernandez
Carter Arnett
8150 North Central Expressway
Suite 500
Dallas, TX, 75206 | | Invoice #:
Invoice Date:
Balance Due: | TX3528177
10/30/2018
$745.11 |
|---|---|---|---|---|

| Case: | Collier, Robert v. Dallas County Hospital District Et Al |
|---|---|
| Job #: | 3066275 | Job Date: 10/18/2018 | Delivery: Normal |
| Billing Atty: | Stacey Cho Hernandez |
| Location: | Carter Arnett |
| | 8150 North Central Expressway | Suite 500
Dallas, TX 75206 |
| Sched Atty: | Jay D. Ellwanger | Ellwanger Law LLP |

| Witness | Description | | Amount |
|---|---|---|---|
| Javier Reyes | Certified Transcript | | $745.11 |
| Notes: Expedite | | Invoice Total: | $745.11 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $745.11 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

174634

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| Invoice #: | TX3528177 |
|---|---|
| Job #: | 3066275 |
| Invoice Date: | 10/30/2018 |
| Balance: | $745.11 |

**Veritext, LLC**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | Courtney Perez Perez<br>Carter Arnett<br>8150 North Central Expressway<br>Suite 500<br>Dallas, TX, 75206 | | Invoice #: | TX3510363 |
|---|---|---|---|---|
| | | | Invoice Date: | 10/15/2018 |
| | | | Balance Due: | $864.50 |

| Case: | Collier, Robert v. Dallas County Hospital District Et Al |
|---|---|
| Job #: | 3002599 \| Job Date: 9/26/2018 \| Delivery: Normal |
| Billing Atty: | Courtney Perez Perez |
| Location: | Carter Arnett<br>8150 N. Central Expressway \| Suite 500<br>Dallas, TX 75206 |
| Sched Atty: | Jay D. Ellwanger \| Ellwanger Law LLP |

| Witness | Description | Amount |
|---|---|---|
| Latoyia Yvette Goffney | Certified Transcript | $232.00 |
| Richard L. Stetzel | Certified Transcript | $632.50 |
| Notes: | Invoice Total: | $864.50 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $864.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | TX3510363 |
|---|---|---|---|
| | | Job #: | 3002599 |
| | | Invoice Date: | 10/15/2018 |
| | | Balance: | $864.50 |

174634

**Veritext, LLC**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. (817)336-3042


**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** Carter Arnett
8150 North Central Expressway
Suite 500
Dallas TX 75206

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Kathleen Missbrenner at 973-410-4056 or kmissbrenner@veritext.com

| Statement Date: 1/4/2019 | | | | | | Total Balance Due: | | $890.82 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| TX3510363 | 10/15/2018 | 3002599 | 9/26/2018 | Collier, Robert v Dallas County Hospital District et al | Courtney Perez Perez | C | 81 | $890.82 |
| | | | | | | | Total: | $890.82 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $890.82 | $0.00 | $890.82 |

Please Remit Payment To:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE



GLOBAL DEPOSITION SERVICES
WWW.COURTROOMSCIENCES.COM

Stacey Cho Hernandez
Carter Arnett PLLC
8150 North Central Expressway, Suite 500
Dallas, TX 75206

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66959 | 10/5/2018 | 127747 |
| Job Date | Case No. | |
| 9/6/2018 | 3:17-CV-3362 | |
| Case Name | | |
| Robert Collier v. Dallas County Hospital District | | |
| Payment Terms | | |
| Due upon receipt | | |

| | | | | | |
|---|---|---|---|---|---|
| Original & Certified Copy of Deposition Incl. word Index | | | | | |
| Robert Collier | | | | | |
| | 469.00 | Pages | @ | 4.25 | 1,993.25 |
| Full Day Per Diem | | | | 100.00 | 100.00 |
| Appearance After 5:30 pm | 2.50 | Hours | @ | 50.00 | 125.00 |
| Exhibits- B&W OCR Scan | 335.00 | Pages | @ | 0.40 | 134.00 |
| Exhibits- Color OCR Scan | 4.00 | Pages | @ | 0.70 | 2.80 |
| CSI Standard Transcript Package | | | | 50.00 | 50.00 |
| Shipping & Handling | | | | 27.50 | 27.50 |

TOTAL DUE >>>   $2,432.55
AFTER 11/4/2018 PAY   $2,578.50

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

Tax ID: 75-2314328

Phone: (214) 550-8188   Fax:(214) 550-8185

*Please detach bottom portion and return with payment.*

Stacey Cho Hernandez
Carter Arnett PLLC
8150 North Central Expressway, Suite 500
Dallas, TX 75206

Invoice No.    : 66959
Invoice Date   : 10/5/2018
**Total Due**  : **$2,432.55**
AFTER 11/4/2018 PAY $2,578.50

Remit To:   Professional Technologies, Inc.
            DBA CSI Global Deposition Services
            214-687-5964
            bthompson@courtroomsciences.com
            4950 N. O'Connor Rd., Suite 152
            Irving, TX 75062-2778

Job No.    : 127747
BU ID      : PTI
Case No.   : 3:17-CV-3362
Case Name  : Robert Collier v. Dallas County Hospital District

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67032 | 10/10/2018 | 127748 |
| Job Date | Case No. | |
| 9/6/2018 | 3:17-CV-3362 | |

| Case Name |
|---|
| Robert Collier v. Dallas County Hospital District |

| Payment Terms |
|---|
| Due upon receipt |



GLOBAL DEPOSITION SERVICES
WWW.COURTROOMSCIENCES.COM

Stacey Cho Hernandez
Carter Arnett PLLC
8150 North Central Expressway, Suite 500
Dallas, TX 75206

Videographer Hours On-Site/Video Production-Digital Conversion & Synchronization
   Robert Collier

| Description | Hours | | Rate | Amount |
|---|---|---|---|---|
| Set Up and 1st Hour | | | 250.00 | 250.00 |
| Additional Video Hours | 5.00 Hours | @ | 125.00 | 625.00 |
| Additional Video Hours-After Hours | 2.50 | @ | 165.00 | 412.50 |
| Digitze & Synchronize per Witness | | | 200.00 | 200.00 |
| Video Archival | | | 20.00 | 20.00 |
| Shipping & Handling | | | 27.50 | 27.50 |

TOTAL DUE >>>    $1,535.00
AFTER 11/9/2018 PAY    $1,627.10

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

Tax ID: 75-2314328

Phone: (214) 550-8188    Fax:(214) 550-8185

*Please detach bottom portion and return with payment.*

Stacey Cho Hernandez
Carter Arnett PLLC
8150 North Central Expressway, Suite 500
Dallas, TX 75206

Invoice No.    :  67032
Invoice Date   :  10/10/2018
**Total Due**  :  **$1,535.00**

AFTER 11/9/2018 PAY $1,627.10

Job No.    :  127748
BU ID      :  VIDEO-P
Case No.   :  3:17-CV-3362
Case Name  :  Robert Collier v. Dallas County Hospital District

Remit To:  Professional Technologies, Inc.
           DBA CSI Global Deposition Services
           214-687-5964
           bthompson@courtroomsciences.com
           4950 N. O'Connor Rd., Suite 152
           Irving, TX 75062-2778

# Texas Workforce Commission
## Austin, Texas
## Open Records - Estimate

| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Stacey Cho Hernandez<br>Carter Scholer<br>8150 N. Central Expressway, Suite 500<br><br>Dallas              TX  75206 | |

Request Order #: **180221-012**
Subject Reference: Robert Collier
Request Rec'd Date: 2/21/2018

Date Information Released:
Invoice Date:
Estimated Total Charges:           $40.00

Comment

Deposit:
Amount Paid:                       $0.00
Date Paid:
Balance Due:                       $40.00

### See attached Estimated Charge Notice
### See page 2 for Itemized Charges

**Make Payable To:** Texas Workforce Commission
Revenue and Trust Management
P.O. Box 877
Austin, Texas 78767
**Questions To:**  Elsa Guerrero

TDD 1-800-735-2989
TWC's FEIN: 74-2764775
RTI Code:            171415
Phone #:             512-463-2420
Fax #:               512-463-2990

--- Cut here and return bottom portion with payment ---

If you decide to pay the deposit and/or pre-pay the estimated cost, please include this portion with payment.

**Please include Request Job #** __180221-012__ **on your check by** __3/9/2018__

Previously Paid:   $0.00    **Balance Due:**   $40.00    Amount Paid:_____

Payment From:
Requester Name:  Stacey Cho Hernandez
Street Address 1:  8150 N. Central Expressway, Suite 500
Street Address 2:
Street Address 3:
City:  Dallas           State: TX    Zip: 75206

Send Payment To:
Texas Workforce Commission
Revenue and Trust Management
P.O. Box 877
Austin, Texas 78767

Assigned To:  Elsa Guerrero

## Itemized Search Items

UI All Records on a claim

UI All Records on a claim

| | | |
|---|---|---|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 0 | @$0.00 /Unit | $0.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $0.00 |

UI Claim Information within last 10 yrs (CTHI)

Units are SSNs Within last 10

| | | |
|---|---|---|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 1 | @$10.00 first unit + @$2.00 /add'l Units | $10.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $10.00 |

Online Claimant Response

| | | |
|---|---|---|
| Pages: 0 | @$0.10 /page | $0.00 |
| Units: 1 | @$5.00 /Unit | $5.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $5.00 |

Appeals-FileNet

Electronic

| | | |
|---|---|---|
| Pages: 0 | @$0.10 /page | $0.00 |
| Units: 1 | @$10.00 /Unit | $10.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $10.00 |

Audio Recordings (tapes and/or CDs)

Unit is Tape/CD

| | | |
|---|---|---|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 0 | @$1.00 /Unit | $0.00 |
| Labor Hours: 0 | @$18.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $0.00 |

## Itemized Search Items

**UI-Teleserve (printout - overnight run)**

UI-Teleserve (printout - overnig

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.10 /page | | $0.00 |
| Units: 1 | @$10.00 /Unit | | $10.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $10.00 |

**UI-Determinations (printout - overnight run)**

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 1 | @$5.00 /Unit | | $5.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $5.00 |

**Cost Estimate to Requester**

Ordered means Sent Cost esti

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 0 | @$0.00 /Unit | | $0.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $0.00 |

In response to your Open Records request assigned the above request job number, we estimate the cost to be over $40.00. The cost of locating, copying and compiling the information responsive to your request is itemized above.

Please respond to this estimated charge notice in writing. You may reply by mail, facsimile, by hand delivery or by electronic mail. You are considered to have properly responded to the notice as of the date that: (1) your response is delivered to Texas Workforce Commission, 101 E. 15th St., Rm. 266, Austin, TX 78778-0001; (2) your response, properly addressed to Texas Workforce Commission, 101 E. 15th St., Rm. 266, Austin, TX 78778-0001 is deposited in the United States mail; or (3) you respond to Open Records via fax to 512-463-2990 or by electronic mail to open.records@twc.state.tx.us .

If you fail to respond within ten business days from the date this letter is deposited into the United States mail the Texas Workforce Commission (TWC) will consider your request withdrawn and TWC will not process your request. Your written reply must state whether you: (1) accept the charges, (2) are clarifying or modifying the scope of the request or (3) have sent to the Office of the Attorney General a complaint alleging that you have been overcharged.

If you accept the charges, TWC will not begin processing your request until payment is received at Texas Workforce Commission, 101 E. 15th St., Rm. 0218, Austin, TX 78778-0001.

Texas Workforce Commission
Austin, Texas
Open Records - Invoice

| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Stacey Cho Hernandez<br>Carter Scholer<br>8150 N. Central Expressway, Suite 500<br><br>Dallas                TX  75206 | |

| | | | |
|---|---|---|---|
| Request Order #: | 180221-012 | | |
| Subject Reference: | Robert Collier | Date Information Released: | |
| Request Rec'd Date: | 2/21/2018 | Invoice Date: | 4/10/2018 |
| | | Total Charges: | $76.50 |
| | | Amount Paid: | $40.00 |
| | | Date Paid: | |
| | | Balance Due: | $36.50 |

Comment

**Make Payable To:** Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767
**Questions To:**   Elsa Guerrero

TDD 1-800-735-2989
TWC's FEIN: 74-2764775
RTI Code:    171415
Phone #:     512-463-2420
Fax #:        512-463-2990

-- Cut here and return bottom portion with payment --

Please return this portion with payment

**Please Include Request Job**  180221-012   on your check by: 4/25/2018

| Previously Paid: | $40.00 | **Balance Due:** | $36.50 | Amount Paid: _____ |
|---|---|---|---|---|

Payment From:
Requester Name: Stacey Cho Hernandez
Street Address 1: 8150 N. Central Expressway, Suite 500
Street Address 2:
Street Address 3:
City:   Dallas          State: TX    Zip: 75206

Send Payment To:
Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767

Assigned To: Elsa Guerrero

1 of 3

## Itemized Search Items

UI All Records on a claim
UI All Records on a claim

| | | |
|---|---|---:|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 0 | @$0.00 /Unit | $0.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $0.00 |

UI Claim Information within last 10 yrs (CTHI)
Units are SSNs Within last 10

| | | |
|---|---|---:|
| Pages: 3 | @$0.00 /page | $0.00 |
| Units: 1 | @$10.00 first unit + @$2.00 /add'l Units | $10.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $10.00 |

Online Claimant Response

| | | |
|---|---|---:|
| Pages: 9 | @$0.10 /page | $0.90 |
| Units: 1 | @$5.00 /Unit | $5.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $5.90 |

Appeals-FileNet
Electronic

| | | |
|---|---|---:|
| Pages: 107 | @$0.10 /page | $10.70 |
| Units: 1 | @$10.00 /Unit | $10.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $20.70 |

Audio Recordings (tapes and/or CDs)
Unit is Tape/CD

| | | |
|---|---|---:|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 1 | @$1.00 /Unit | $1.00 |
| Labor Hours: 0 | @$18.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $1.00 |

## Itemized Search Items

**UI-Teleserve (printout - overnight run)**
UI-Teleserve (printout - overnig

| | | | |
|---|---|---|---|
| Pages: 23 | @$0.10 /page | | $2.30 |
| Units: 1 | @$10.00 /Unit | | $10.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $12.30 |

**UI-Determinations (printout - overnight run)**

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 2 | @$5.00 /Unit | | $10.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $10.00 |

**Cost Estimate to Requester**
Ordered means Sent Cost esti

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 0 | @$0.00 /Unit | | $0.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $0.00 |

**Publication - UI Program Booklets**
Publication - UI Program Bookl

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 1 | @$1.60 /Unit | | $1.60 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $1.60 |

**Certification Charges**
Certification Charges

| | | | |
|---|---|---|---|
| Pages: 0 | @$0.00 /page | | $0.00 |
| Units: 1 | @$15.00 first unit + @$5.00 /add'l Units | | $15.00 |
| Labor Hours: 0 | @$0.00/hr | | $0.00 |
| | | Manually Entered Charges: | $0.00 |
| | | Total for Search Item: | $15.00 |

Please mail your payment of the Balance Due Amount to the address listed above. Please reference the TWC Request # listed above on your payment. Failure to properly identify payment will result in delays.

Records will be mailed to the Client Mailing address listed above upon receipt of payment unless you schedule an appointment to pick-up records with the individual listed above. Records will not be released until full payment is received.

Texas Workforce Commission
Austin, Texas
Open Records - Invoice

| Client Mailing Address: | Invoice Address (if other than client address): |
|---|---|
| Stacey Cho Hernandez<br>Carter Scholer<br>8150 N. Central Expressway, Suite 500<br><br>Dallas                    TX  75206 | |

| Request Order #: | 180221-013 | 450-2016-01255 | |
|---|---|---|---|
| Subject Reference: | Robert Collier | Date Information Released: | |
| Request Rec'd Date: | 2/21/2018 | Invoice Date:  3/8/2018 | |
| | | Total Charges: | $19.90 |
| | | Amount Paid: | $0.00 |
| | | Date Paid: | |
| | | Balance Due: | $19.90 |

Comment

**Make Payable To:** Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767
**Questions To:**  Elsa Guerrero

TDD 1-800-735-2989
TWC's FEIN: 74-2764775
RTI Code:   171415
Phone #:    512-463-2420
Fax #:      512-463-2990

✂ **Cut here and return bottom portion with payment**
------------------------------------------------

**Please return this portion with payment**

**Please include Request Job**  180221-013   on your check by: 3/23/2018

| Previously Paid: | $0.00 | **Balance Due:** | $19.90 | **Amount Paid:** |
|---|---|---|---|---|

Payment From:
Requester Name:  Stacey Cho Hernandez
Street Address 1:  8150 N. Central Expressway, Suite 500
Street Address 2:
Street Address 3:
City:  Dallas          State: TX    Zip: 75206

Send Payment To:
Texas Workforce Commission
Revenue And Trust Management
P.O. Box 877
Austin, Texas 78767

Assigned To:  Elsa Guerrero

## Itemized Search Items

Civil Right Division (stored remotely)

staff labor time at $18 plus 10

| | | |
|---|---|---|
| Pages: 4 | @$0.10 /page | $0.40 |
| Units: 0 | @$0.00 /Unit | $0.00 |
| Labor Hours: .25 | @$18.00/hr | $4.50 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $4.90 |

Certification Charges

Certification Charges

| | | |
|---|---|---|
| Pages: 0 | @$0.00 /page | $0.00 |
| Units: 1 | @$15.00 first unit + @$5.00 /add'l Units | $15.00 |
| Labor Hours: 0 | @$0.00/hr | $0.00 |
| | Manually Entered Charges: | $0.00 |
| | Total for Search Item: | $15.00 |

Please mail your payment of the Balance Due Amount to the address listed above. Please reference the TWC Request # listed above on your payment. Failure to properly identify payment will result in delays.

Records will be mailed to the Client Mailing address listed above upon receipt of payment unless you schedule an appointment to pick-up records with the individual listed above. Records will not be released until full payment is received.