UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT COLLIER, § § § | |
| *Plaintiff*, § § | CIVIL ACTION NO.: 17-cv-03362 |
| v. § § | JURY TRIAL DEMANDED |
| DALLAS COUNTY HOSPITAL DISTRICT d/b/a PARKLAND HEALTH & HOSPITAL SYSTEM, § § § § | |
| *Defendant*. | |

# PLAINTIFF'S NOTICE OF APPEAL

Notice is given that the Plaintiff, Robert Collier, hereby appeals to the Fifth Circuit Court of Appeals from the June 6, 2019 Memorandum, Order and Judgment by the Northern District of Texas Dallas Division Court granting Defendant's, Dallas County Hospital District d/b/a Parkland Health & Hospital Systems, Motion for Summary Judgment and dismissal of this action with prejudice.

Dated:        July 8, 2019                              Respectfully Submitted,

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas Bar No. 24036522
jellwanger@equalrights.law
David W. Henderson
Texas Bar No. 24032292
dhenderson@equalrights.law
**ELLWANGER LAW LLLP**
400 South Zang Blvd., Suite 1015
Dallas, Texas 75208

Telephone: 737-808-2260

James A. Vagnini (*pro hac vice*)
New York Bar No. 2958130
jvagnini@vkvlawyers.com
Monica Hincken (*pro hac vice*)
New York Bar No. 5351804
mhincken@vkvlawyers.com
**VALLI KANE & VAGNINI LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**COUNSEL FOR PLAINTIFFS**