IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-10761

D.C. Docket No. 3:17-CV-3362

United States Court of Appeals
Fifth Circuit
**FILED**
April 9, 2020
Lyle W. Cayce
Clerk

ROBERT COLLIER,

    Plaintiff - Appellant

v.

DALLAS COUNTY HOSPITAL DISTRICT, doing business as Parkland Health & Hospital System,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before KING, JONES, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.



A True Copy
Certified order issued Oct 08, 2020

Lyle W. Cayce